IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| RICKY HARDEN and wife, BRENDA HARDEN, | ) ) ) |
| Plaintiffs | ) ) |
| vs. | ) ) |
| ALLSTATE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

1-07-cv-36
File No. 07-015

## NOTICE OF REMOVAL OF CIVIL ACTION

To the Honorable Judge of the United States District Court Eastern District of Tennessee.

The above-named Allstate Insurance Company (herein "Allstate"), by counsel, respectfully states:

1. On January 19, 2007, the above-entitled action was commenced against Allstate Insurance Company in the Chancery Court for Bradley County, Tennessee, Case No. 06-015. Allstate is the sole defendant in this case.

2. As of the filing of this notice of removal Allstate Insurance Company has been served with process by and through the Commissioner of Insurance.

3. No further proceedings have been had in the Chancery Court for Bradley County, Tennessee.

4. The above-entitled cause of action is a civil action relating to a homeowner's insurance policy.

5. The Plaintiffs are individuals with their principal residence in Birchwood, Hamilton County, Tennessee

6. The Defendant is an Illinois corporation, with its home office in Northbrook, Illinois.

7. The amount in controversy is in excess of $75,000, exclusive of interest and costs.

8. Diversity of citizenship exists; the requisite amount in controversy exists. This Court therefore has original jurisdiction in the above-entitled action pursuant to 28 U.S.C. 1332.

9. A copy of the summons and the Complaint served upon the Defendant in the above-entitled action are collectively attached hereto as Exhibit "A", along with all the process, pleadings and orders served on the Defendant in the above State Court action.

10. Pursuant to 28 U.S.C. 1446 (b), this Petition is filed with the Court within 30 days after service on the Defendant of the Summons and Complaint in the above-entitled action.

WHEREFORE, Notice is hereby given that the above-entitled action is removed from the Circuit Court of Bledsoe County, Tennessee, to the United States District Court Eastern District of Tennessee.

Date this 15th day of January, 2006.

_/s/ James D. Madewell_
James D. Madewell (#3337)
**Madewell, Jared, Halfacre & Williams**
230 North Washington Avenue
P. O. Box 721
Cookeville, TN 38501
(931) 526-6101
Fax: (931) 528-1909
Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing has been furnished to William J. Brown, 23 North Ocoee Street, P.O. Box 100:, Cleveland, TN 37364-1001, via U.S. Mail, postage prepaid, this the 15th day of February, 2007.

_/s/ James D. Madewell_
James D. Madewell

3