## CT CORPORATION
A Wolters Kluwer Company

**Service of Process Transmittal**
02/01/2007
Log Number 511567794

FILED
2007 FEB 20 P 12: 40
U.S. DISTRICT COURT
EASTERN DISTRICT TENN.
BY _____ DEPUTY CLERK

**TO:** Kim Turner
Allstate Insurance Company - Nashville MCO
555 Marriott Drive, Suite 850
Nashville, TN, 37214

**RE:** Process Served in Tennessee

**FOR:** ALLSTATE INSURANCE COMPANY (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Ricky Harden and Brenda Harden, Pltfs. vs. Allstate Insurance Company, Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Complaint, Exhibits |
| **COURT/AGENCY:** | Bradley County Chancery Court, TN<br>Case # 07015 |
| **NATURE OF ACTION:** | Insurance Litigation - Breach of Contract |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Knoxville, TN |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/01/2007 postmarked on 01/29/2007 |
| **APPEARANCE OR ANSWER DUE:** | within 30 days after service-file answer |
| **ATTORNEY(S) / SENDER(S):** | William J. Brown<br>23 North Ocoee Street<br>P.O. Box 1001<br>Cleveland, TN, 37364-1001<br>423-476-4515 |
| **REMARKS:** | Process served/received by the Insurance Commissioner on 01/25/07, and mailed to CT Corporation System on 02/01/07. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight, 798598568209 |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 800 S. Gay Street<br>Suite 0221<br>Knoxville, TN, 37929-9710 |
| **TELEPHONE:** | 865-342-3522 |

Exhibit 1

Page 1 of 1 / EF

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

6391476097
SRR



**STATE OF TENNESSEE
DEPARTMENT OF COMMERCE AND INSURANCE
500 JAMES ROBERTSON PARKWAY
NASHVILLE, TN 37243-1131**

January 29, 2007

Allstate Ins Company % C T Corp.
800 South Gay Street, Ste 2021
Knoxville, TN 37929-9710
NAIC # 19232

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7006 2150 0004 6618 0996
Cashier # 1517

Re: Ricky & Brenda Harden V. Allstate Ins Company % C T Corp.

Docket # 07-015

To Whom It May Concern:

We are enclosing herewith a document that has been served on this department on your behalf in connection with the above-styled matter.

I hereby make oath that the attached Breach Of Contract Complaint was served on me on January 25, 2007 by Ricky & Brenda Harden pursuant to Tenn. Code Ann. § 56-2-504 or § 56-2-506. A copy of this document is being sent to the Chancery Court of Bradley County, TN.

Brenda C. Meade
Designated Agent
Service of Process

Enclosures

cc: Chancery Court Clerk
Bradley County
155 North Ocoee Street
Cleveland, Tn 37311

Service of Process 615.532.5260

**STATE OF TENNESSEE**
**THE CHANCERY COURT OF BRADLEY COUNTY, TENNESSEE**
**AT CLEVELAND**

| | |
|---|---|
| RICKY HARDEN and wife ) | |
| BRENDA HARDEN ) | |
| ) | No. **07-015** |
| v. ) | Jury Demand |
| ) | |
| ALLSTATE INSURANCE COMPANY ) | |

*To the above named defendant(s):*    COMMISSIONER OF INSURANCE
                                                        Policy No. 9 30 246958 02/23

You are hereby summoned and required to serve upon **WILLIAM J. BROWN**, Plaintiff's attorney, whose address is **23 North Ocoee Street, P.O. Box 1001, Cleveland, TN 37364-1001 (423) 476-4515**, an answer to the complaint which is herewith served upon you within thirty (30) days after service of this summons upon you, exclusive of the day of service, and file a copy of the answer with this court within thirty (30) days after answer is made. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Witness, *Clerk*, of said court, issued this **19th** day of **January**, 2007.

**Carl D. Shrewsbury**
BRADLEY COUNTY CLERK & MASTER

**Joann Crabtree**
DEPUTY CLERK

---

### RETURN OF SERVICE

I hereby certify and return, that on the _____ day of _____, 2007, I served this summons together with a copy of the Complaint as follows

_____

_____

_____

                                                     Process Server

### NOTICE

TO THE DEFENDANT(S):

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from the execution or seizure to satisfy a judgement. If a judgement should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgement becomes final, it will not be effective as to any execution of garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek counsel of a lawyer.

## IN THE CHANCERY COURT FOR BRADLEY COUNTY, TENNESSEE
## AT CLEVELAND

RICKEY HARDEN and wife, )
BRENDA HARDEN, )
    Plaintiffs )
) Docket No. 07-015
vs. )
) Jury Demand
ALLSTATE INSURANCE COMPANY, )
    Defendant )

## COMPLAINT

Come the Plaintiffs, Rickey Harden and wife Brenda Harden, by and through counsel who would hereby sue the Defendant, AllState Insurance Company, for declaratory judgment as provided by T.C.A. §29-14-101 et. seq. and breach their contract of insurance and for cause would show as follows:

1. Plaintiffs are citizens and residents of Hamilton County, Tennessee and their address is 6605 Harden Road, Birchwood, Tennessee 37308.

2. The Defendant Allstate Insurance Company (Defendant) is a foreign domestic insurance company licensed to provide insurance and to otherwise do business in the State of Tennessee. Service of process shall be accomplished through the Commission of Insurance for the State of Tennessee pursuant to T. C. A. 56-2-103(a)(3).

3. On or about February 23, 2005, the parties purchased a home owners policy which, among other things insured their home and contents from fire damage, from an agent for the defendant named George Gray in Cleveland, Bradley County, Tennessee. A copy of the letter confirming coverage and the homeowners policy declaration are attached as Exhibits A and B respectively to this complaint. The coverage under the policy included $95,000 for the dwelling and separate structures with a $500 deductible, and $66,500 for personal property protection with a $500 deductible. The premium was paid and the insurance was to be in full force and effect through February 23, 2006.

4. On or about August 11, 2005, the Plaintiffs' residence and personal property contained therein was seriously damaged as a result of a fire on the premises. In addition, a separate unattached storage building and the plaintiffs above ground swimming pool was destroyed by the fire A copy of the fire incident report is attached as Exhibit C. Plaintiffs gave prompt notice of the fire and their damages to the defendants' agent, George Gray.

5. On August 15, 2005, the Plaintiffs received a letter from Dale Gray, an adjustor for the defendant advising them that their claim was received and that the fire loss was covered under their policy. A copy of that letter is attached hereto as Exhibit D to this complaint.

6. The Plaintiffs submitted their "Proof of Loss" and submitted to the defendant as required by the policy.

7. On or about September 10, 2006, the defendant through its agent, Richard Reid, transmitted to the plaintiffs a letter denying the plaintiff's claim. Prior to that communications, the plaintiffs had no reason to believe that the claim would not be approved by the defendant as was presented in the letter that was noted paragraph 5 above. A copy of the denial letter is attached hereto as Exhibit E to this complaint. It is the plaintiffs understanding that the defendant paid on the 1st and 2nd mortgages on the property to "Countrywide Home Loans" in the approximate amount of $79,268.52 leaving a balance of $734.00 on the mortgages, and have paid for some of the plaintiffs "Additional Living Expenses" as provided on page 9 of the policy. This would leave approximately $15,731.48 available under the policy for the plaintiffs damages to their dwelling and out structures. After the deductible, the full amount of $66,500 that was available under the personal property portion of the policy is available to satisfy the plaintiffs claims as to their personalty.

8. The basis and justification for the denial of the claims as asserted in Exhibit E associated with the statement that the plaintiffs burned their own house down is false and without factual foundation. In addition, the statement that the plaintiffs have concealed and misrepresented material facts during the investigation is false and without factual foundation. As to the issue that the plaintiffs have not cooperated by not providing the documentation requested by the defendant during the investigation is false to the extent that the Plaintiffs have provided documentation as required under the policy at page 11 under Section I, ¶3. The plaintiffs refused to provide copies of their income tax returns due to the unreasonable demands and improper use that was suggested by the defendant's attorney.

9. That the defendants failure to pay the claim as filed by the plaintiffs is a breach of the contract of insurance, and that the actions of the defendant constitute bad faith as that term is used at T.C.A. §56-7-105(a) and the imposition of the 25% penalty as permitted by that statute should be imposed on the defendant.

10. That it is currently the plaintiffs intention to rebuild their home and as such would claim the benefits found at page 12 under Section I, ¶5 (b) and (c) for the damage to the plaintiffs dwelling and other structures, and for the personalty as found at ¶ (c). This would be the replacement cost of those structures and the plaintiffs personalty. In addition, the plaintiff would demand that there be payments of interest under the provisions found at page 19 under the Section headed "Additional Protection" at ¶1(b).



George Gray
2204 N Keith St
Cleveland TN 37311

Rickey Harden
6605 Harden R...
Birchwood TN 37308

**Confirming Your Pol...**
Changes have been m...
want your policy infor...

The changes took ef...
Declarations includ...

A discount has bee... ...policy.
A change in Reside...

Your premium fo... ...period has been increased by a total of $14.00.

The coverages a... ...your property, and the costs of those coverages, are listed in detail o... ...ed Amended Policy Declarations. You can see the specific changes to you... ...comparing this Amended Policy Declarations to the Policy Declarations pre... ...mailed to you.

If you have any ... ...concerns, please contact George Gray at (423) 479-5431—or call the Allsta... ...Information Center at 1-800-ALLSTATE (1-800-255-7828).

Sincerely,

Edward M...
President... ...Insurance Company

EXHIBIT A
to Complaint

# Allstate Insurance Company

## AMENDED Standard Homeowners Policy Declarations

### Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Rickey Harden<br>6605 Harden Rd<br>Birchwood TN 37308-5038 | **YOUR ALLSTATE AGENT IS:**<br>George Gray<br>2204 N Keith St<br>Cleveland TN 37311 | **CONTACT YOUR AGENT AT:**<br>(423) 479-5431 |
| **POLICY NUMBER**<br>9 30 246958 02/23 | **POLICY PERIOD**<br>Begins on Feb. 23, 2005<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Feb. 23, 2005 to Feb. 23, 2006<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
HWY 60 TO HWY 58 LEFT ON 58 TOWARD CHATTANOOGA APPROX 2-3 MI TURN RIGHT ON GRASSHOPPER RD TAKE LEF

**MORTGAGEE(S)** (Listed in order of precedence)
- COUNTRYWIDE HOME LOANS INC     AND/OR ITS ASSIGNS ATIMA
  P O Box 10212 Sv-22    Van Nuys CA 91410-0212      Loan #066262167
- COUNTRYWIDE HOME LOANS INC     AND/OR ITS ASSIGNS ATIMA
  P O Box 10212 Sv-22    Van Nuys CA 91410-0212      Loan #066270216

### Total Premium for the Premium Period (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $591.00 |
| **TOTAL** | **$591.00** |

Your policy change(s) are effective as of Feb. 23, 2005

EXHIBIT B to complaint

Information as of January 10, 2005

Page 1
TN0704AMD

## Allstate Insurance Company

Policy Number: 9 30 246958 02/23   Your Agent: George Gray (428) 479-5431
For Premium Period Beginning: Feb. 23, 2005

### POLICY COVERAGES AND LIMITS OF LIABILITY

**COVERAGE AND APPLICABLE DEDUCTIBLES** — **LIMITS OF LIABILITY**
(See Policy for Applicable Terms, Conditions and Exclusions)

Dwelling Protection - with Building Structure Reimbursement Extended Limits — $95,000
• $500  All Peril Deductible Applies

Other Structures Protection — $9,500
• $500  All Peril Deductible Applies

Personal Property Protection - Reimbursement Provision — $66,500
• $500  All Peril Deductible Applies

Additional Living Expense — Up To 12 Months

Family Liability Protection — $100,000 — each occurrence

Guest Medical Protection — $5,000 — each person

### DISCOUNTS
Your premium reflects the following discounts on applicable coverage(s):

| | | | |
|---|---|---|---|
| Age of Home | 9 % | Protective Device | 15 % |
| Claim Free | 10 % | Home and Auto | 10 % |

### RATING INFORMATION
The dwelling is of Frame construction and is occupied by 1 family

# Allstate Insurance Company 

Policy Number: 9 30 246958 02/23  Your Agent: George Gray (423) 479-5431
For Premium Period Beginning: Feb. 28, 2005

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Standard Homeowners Policy form AP1
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Tennessee Amendatory Endorsement form AP397-9
- Standard Amendatory Endorsement form AP1641

## Important Payment and Coverage Information

The property insurance adjustment condition applies using the Boeckh Publications Building Cost Index developed by The American Appraisal Associates, Inc.

Please note: This is not a request for payment. Any adjustments to your premium will be reflected on your next scheduled bill which will be mailed separately.

In the meantime, if you have any outstanding or unpaid bills, please pay at least the minimum amount due to assure your policy continues in force. If you have any questions, please contact your agent.

IN WITNESS WHEREOF, Allstate has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of Allstate.

*Edward M. Liddy*
Edward M. Liddy
President

*Robert W. Pike*
Robert W. Pike
Secretary

PROP *51000410501105300924090*

Information as of January 10, 2005

Page 3
TN9704MD

FEB. 13. 2007  2:08PM   ALL STATE   NO. 453  P. 11/16

Case 1:07-cv-00036  Document 1-1  Filed 02/20/07  Page 9 of 14  PageID #: <pageID>

# Fire Incident Report

**FIRE REPORT LINE 911**
**PHONE:** (423) 344-5770
**FAX:** (423) 344-5595

**Highway 58 Volunteer Fire Department, Inc.**
P. O. Box 310, Harrison, Tennessee 37341
Business Office Hours: Monday - Friday 8:30 a.m. - 1:00 p.m.

FILED 16
EXHIBIT C to complaint

| Date | Incident # | Alarm | Responding | Arrival | Available |
|---|---|---|---|---|---|
| 8/11/05 | 1772 | 2:02 | 2:06 | 2:09 | 5:21 |

Address: 6805 HARDEN RD    Address: Birchwood TN 37308
Occupant: RICKEY HARDEN  Phone: ____    Owner: Rickey Harden Phone: ____

### Situation:
- ✓ Structure
- ___ Vehicle
- ___ Brush
- ___ Trash
- ___ Spill
- ___ Lines Down
- ___ Smoke
- ___ Control Burn
- ___ False Call
- ___ Alarm Malf.
- ___ Investigation
- ___ Chimney

### Action:
- ✓ Extinguish
- ___ Investigation
- ___ Remove Hazard
- ___ Standby
- ___ Rescue / Assist

### Property Use:
- ✓ Single Family
- ___ Duplex
- ___ Apartment
- ___ Farm
- ___ Woods / Field
- ___ Marina
- ___ River
- ___ Church
- ___ School
- ___ Commercial
- ___ Condominium
- ___ Utility
- ___ Road

### Ignition Factor:
- ✓ Accidental
- ___ Suspicious
- ___ Incendiary
- ___ Equip. Failure
- ___ Lack of Maint.
- ___ Electrical
- ___ Cooking
- ___ Lightning
- ___ Leak / Spill
- ___ Exposure
- ___ No Ignition

### Area of Origin:
- ___ Kitchen
- ___ Utility
- ___ Garage
- ___ Bedroom
- ___ Closet
- ___ Attic
- ___ Living Room
- ___ Hallway
- ___ Outside
- ___ Roof
- ___ Inside Wall
- ___ Under Floor
- Fully Involved

### Source of Heat:
- ___ Gas Equip.
- ___ Liquid Equip.
- ___ Solid Equip.
- ___ Elect. Equip.
- ___ Loose Conn.
- ___ Cigarette
- ___ Match / Lighter
- ___ Open Fire
- ___ Rekindle
- ___ Lightning
- ___ Ballast
- ___ Defect. Equip.

### Equipment:
- ___ Elect. Heat
- ___ Central Heat
- ___ Cook Stove
- ___ Wood Stove
- ___ Chimney
- ___ Fireplace
- ___ Washing Mach.
- ___ Clothes Dryer
- ___ Water Heater
- ___ Appliance
- ___ Wiring
- ___ Electrical
- ___ None

### Material Ignited:
- ___ Natural Gas
- ___ LP Gas
- ___ Gasoline
- ___ Other Fuel
- ___ Cooking Grease
- ___ Creosote
- ✓ Plastic
- ✓ Rubber
- ___ Grass / Leaves
- ✓ Wood
- ✓ Cloth / Fibers
- ✓ Carpet / Linoleum
- ✓ Paper

### Method of Ext.:
- ___ Self
- ___ Booster
- ✓ Tankers
- ___ Shuttle
- ___ Hydrant
- ___ Draft
- ___ Master Stream
- ___ Dry Chem.
- ___ CO2
- ___ Halon
- ___ Water Ext.

### Construction Type:
- ___ Wood Frame
- ___ Brick / Masonry
- ___ Brick Veneer
- ___ Log
- ✓ Mobile Home

### Detector Perform:
- ___ Oper. in Room
- ___ Oper. not in Rm.
- ___ No Oper. in Rm.
- ___ No Oper. not in Rm
- ___ Very Small Fire
- ___ No Detectors

### Flame/Damage/Smoke:
- ___ Object
- ___ Part of Rm.
- ___ Room
- ___ Floor
- ___ Structure
- ___ No Damage

Fire Injuries ____
Fire Deaths ____
Civilian Injuries ____
Civilian Deaths ____

Response ____
Standby ____
Tankers ____
Others ____
M/A ____
Signature: Daryl Yonker 1627
(Person Filling Out Report)

Ins. Agent ____
Ins. Co. ____
Ins. Amount ____
Dollar Loss ____
$ Loss Preven. ____

Comments: First units A.O.S. to find double wide trailer fully involved. Initial report advised possible entrapment. Sheriff's office later confirmed

Is Owner A Subscriber? Yes No

FEB. 13. 2007 2:08PM ALL STATE NO. 453 P. 12/16

# Highway 58 Volunteer Fire Department Report Supplement

| Chief Officers | Lieutenants | Training Center | Station One | Station Two | Station Three | Station Four |
|---|---|---|---|---|---|---|
| (1601) | (1622) | 510 | 520 | 546 | (570) | 585 |
| 1602 | (1623) | 511 | 521 | 547 | 571 | 586 |
| 1603 | 1624 | 512 | 522 | 548 | 572 | 587 |
| 1604 | 1625 | 513 | 523 | 549 | 573 | (588) |
| 1605 | 1262 | 514 | 524 | 550 | (574) | 589 |
| (1606) | (1627) | 515 | 525 | 551 | 575 | 590 |
| 1607 | 1628 | 516 | 526 | 552 | (576) | 591 |
| 1608 | 1629 | 517 | 527 | 553 | 577 | 592 |
| 1609 | | 518 | 528 | 554 | (578) | 593 |
| 1610 | | 519 | 529 | 555 | 579 | 594 |
| | | 545 | 530 | 556 | 580 | 595 |
| | | | 531 | 557 | (581) | 596 |
| Captains | Staff Officers | | 532 | 558 | 582 | 597 |
| (1611) | 1630 | | 533 | 559 | 583 | 598 |
| (1612) | 1631 | | 534 | 560 | 584 | 599 |
| 1613 | (1632) | | 535 | (561) | | |
| 1614 | 1633 | | 536 | 562 | | |
| 1615 | 1634 | | 537 | (563) | | |
| 1616 | 1635 | | 538 | 564 | | |
| 1617 | 1636 | | 539 | 565 | | |
| 1618 | 1637 | | 540 | 566 | | |
| 1619 | 1638 | | 541 | 567 | | |
| 1620 | (1639) | | 542 | 568 | | |
| | | | 543 | 569 | | |
| | | | 544 | | | |

### Vehicles

| | | | | |
|---|---|---|---|---|
| 1641 | (1642) | 1643 | 1644 | 1665 |
| (1651) | 1652 | (1653) | (1654) | 1667 |
| 1661 | 1662 | (1663) | 1664 | 1695 |
| 1681 | 1682 | 1683 | 1684 | 1696 |
| 1691 | (1692) | (1693) | 1694 | 1697 |
| | | | 1699 | |

__1606__ Incident Commander

_____ Safety Officer

_____ Public Info. Officer

Comments: __MEDIC ONE ON STD BY__

family was out of town. Units on scene extinguished fire via nursing operations and AFFF foam. Cause undetermined. Water used: apprx. 10,000 gallons. Structure size: 70ft x 40ft.

August 15, 2005

Allstate Insurance Company
301 Plus Park Blvd., Ste. 400
Nashville, TN 37217
1-877-840-7291, ext. 8506

Rickey Harden
6605 Harden Rd.
Birchwood, TN 37308

RE: Claim # 6391476098 HDG

Dear Mr. Harden:

~~We are in receipt of your claim that occurred on 8/12/2005.~~

We are writing to inform you that if after a thorough and complete investigation, it is determined that your claim is covered, as an Allstate policyholder with damages that are valued at or above $20,000.00, you have the right to receive quality repair work and have the damages to your property restored. Further, if it is determined that payment should be forthcoming, you also have the right to have the repairs done by a contractor of your choice. If you do not have a contractor Allstate will be happy to provide you with names of qualified contractors in your area. However, you must select and hire the contractor.

You may also have your contractor contact the adjuster listed below if there are any concerns regarding the estimate that was prepared. You will receive a detailed copy of the estimate, which will include the scope of damages and cost of repairs.

You are also entitled to a copy of your homeowner policy free of charge upon your request and there will be a need for you to file a proof of loss.

Should you have any concerns we are not able to clarify, you have the right to contact your adjuster or file a supplemental claim if needed. If an agreement cannot be reached, you have the right to file a complaint with the Department of Commerce and Insurance by calling 1-800-342-4029.

Neither the writing of this letter, nor the statements contained herein, should be construed as a waiver of the conditions, exclusions, or contract provisions contained within your applicable insurance policy.

Allstate Adjuster
TN/KY Property MCO

615-874-6924

Mid America Nashville
Market Claim Office
**Allstate Insurance Company**
555 Marriott Drive, Suite 850
Nashville, TN 37214
Bus: (800) 829-0414



EXHIBIT E to Complaint

CERTIFIED MAIL-RETURN RECEIPT REQUESTED

September 10, 2006

Mr. and Mrs. Rickey Harden
6605 Harden Road
Birchwood, TN 37038

Re: Claim No.: 6391476097
Date of Loss: 8/12/05

Dear Mr. and Mrs. Harden:

We have continued to investigate your fire loss of August 12, 2005 and have reviewed your claim concerning this matter. At this time I must inform you that Allstate is exercising its right to deny your claim for insurance proceeds.

Our investigation revealed that the fire was incendiary in origin and we believe that the fire was set by you, or at your direction. Please refer to your policy on page 8 under **Losses We Do Not Cover** number nine which states "Intentional or criminal acts Of or at the direction of any **insured person**, if the loss that occurs:
1. may be reasonably expected to result from such acts; or
2. is the intended result of such acts

The policy also states on page 5, under the heading **Concealment and Fraud** "We do not cover any loss or occurrence in which any **insured person** has concealed or misrepresented any material fact or circumstance". It is our belief you have concealed and misrepresented material facts during the investigation of this claim.

Lastly, you have not cooperated in as much as you have not provided all documentation requested by Allstate during the investigation of this claim.

Please be advised Allstate reserves the right to later claim any other defenses not herein named to which Allstate may be entitled, or may become entitled.

We will be contacting your mortgage company regarding any claim they may wish to pursue regarding the mortgage on the home.

Sincerely,

Richard Read
Staff Claim Service Adjuster