IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| RICKY HARDEN and wife, BRENDA HARDEN, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ALLSTATE INSURANCE COMPANY, )<br>)<br>Defendant. ) | Case No. 1-07-CV-36<br><br>JURY DEMAND |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

As evidenced by signatures of counsel below, all matters between the parties have been compromised and settled and each party bears their own discretionary costs.

IT IS, THEREFORE, ORDERED

That this cause is dismissed as to all claims with full prejudice.

_____
Harry S. Mattice, Jr.
United States District Judge

APPROVED FOR ENTRY:

_____
William J. Brown BPR #05450
Attorney for Plaintiffs/Counter-Defendants
P.O. Box 1001
Cleveland, Tennessee 37364-1001
(423) 476-4515

_____
James D. Madewell, BPR #3337
Attorney for Defendant/Counter-Plaintiff
230 N. Washington Avenue
Cookeville, Tennessee 38501
Office: 931-526-6101